No. 164, Misc. RIFFLE *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 165, Misc. WILLIAMS *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 166, Misc. VESAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Acting Solicitor General Spritzer* for the United States.

No. 167, Misc. WILLIAMS *v.* LEVIN, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Acting Solicitor General Spritzer* for respondent.

No. 170, Misc. MIGUEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Rudolph Lion Zalowitz* and *Frederic A. Johnson* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 173, Misc. RHODES *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se.* *Benj. J. Jacobson* for respondent.

No. 178, Misc. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 181, Misc. JOHNSON *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 184, Misc. OLGUIN *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.